# EXHIBIT D

## Research Portfolio

# Green Note 1

NPV: ▆▆▆▆ | IRR: ▆▆▆

Total investment: ▆▆▆▆ ( ▆▆▆▆ )

5 year revenue: ▆▆▆▆

Project Risk – ▆▆▆▆

### Benefits

- Givaudan: strategic need
- Conagen: ▆▆▆▆▆▆ R&D/co-man

### Update

- Work has started at partner company; expected organism will transfer to Conagen in 4Q2017
- Does not require investment until transfer to Conagen (once organism has been developed)

Givaudan                    Confidential and proprietary business infor

