# EXHIBIT H

**From:** "Helm, Katherine" <khelm@dechert.com>
**Date:** October 11, 2018 at 8:25:49 PM EDT
**To:** "J. Belter Christopher" <cbelter@goldbergsegalla.com>
**Cc:** "Black, Martin" <martin.black@dechert.com>
**Subject: Givaudan v Conagen et al. Mediation**

Chris,

We agreed last week that the mediation would remain pending until we agreed that settlement discussions had terminated.

We want to confirm that settlement discussions have now terminated and the mediation had concluded. Accordingly, pursuant to Judge Koetl's Order in *Givaudan v Conagen* (no. 18-cv-03588), we must advise the Court on the status of the case within seven days.

We see that Judge Koetl's Order was entered in the above case only. Accordingly, Givaudan is technically in default of responding to the complaint in the co-pending SDNY action, *Blue Cal et al. v. Givaudan* (no. 18-cv-06172).

We propose to advise J. Koetl of the status of mediation for both of these cases and request an extension of two weeks for all deadlines in all of the litigations, including both related SDNY cases as well as the NY state and CA state actions.

Please let us know if your client agrees and we can take care of the paperwork tomorrow.

1

Thanks,
Kassie



**Katherine A. Helm**
Partner

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
+1 212 698 3559 Direct
+1 212 698 3599 Fax
khelm@dechert.com
www.Dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged.
If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments.
Instead, please notify the sender and delete the e-mail and any attachments. Thank you.