# EXHIBIT J



Christopher J. Belter | Partner
Direct 716.566.5412 | cbelter@goldbergsegalla.com

November 27, 2018

Martin J. Black
Dechert LLP
Cira Centre, 2929 Arch Street
Philadelphia, Pennsylvania  19104-2808

Re:   BGN Tech LLC

Dear Marty:

As discussed on our phone call of November 19, 2018, I am writing to propose potential Liquidators on behalf of Givaudan SA under the Article XIII of the Limited Liability Company Agreement of BGN Tech LLC. Givaudan is amenable to any of the following three candidates serving as Liquidator:

Gary F. Herbst
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave. # 201
Wantagh, NY 11793

Louis A. Modugno
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ  07962-2075

Clifford A. Zucker
FTI Consulting Global
Three Times Square
9th Floor
New York, NY 10036

We ask that within seven days of receiving this letter, you advise as to whether any of the listed candidates are acceptable to Blue Cal, and if not, to propose three or more Liquidator candidates to whom Blue Cal does consent. Thank you for your anticipated cooperation.

Very truly yours,

s/Christopher J. Belter

CJB:amk

665 Main Street | Buffalo, NY 14203-1425 | 716.566.5400 | Fax 716.566.5401 | www.GoldbergSegalla.com
NEW YORK | ILLINOIS | FLORIDA | CALIFORNIA | MARYLAND | MISSOURI | NORTH CAROLINA | PENNSYLVANIA | NEW JERSEY | CONNECTICUT | UNITED KINGDOM

21316040.v1