# EXHIBIT K

| | |
|---|---|
| **From:** | Pitman, Ryan G. |
| **Sent:** | Tuesday, November 27, 2018 11:37 AM |
| **To:** | Belter, Christopher J.; Black, Martin |
| **Cc:** | Helm, Katherine; Greenberg, Megan |
| **Subject:** | RE: BGN LLC - letter re dissolution and liquidators |
| **Attachments:** | LouisA-Modugno.pdf; CliffordA-Zucker.pdf; GaryF-Herbst.pdf; CZ bio.pdf |

Marty,

Please find attached PDFs of the proposed candidates bios, along with a CV from Mr. Zucker. We will send you any other qualification information we receive.

Thanks,
Ryan

**Ryan G. Pitman**
**Partner** | DIRECT 716.844.3454 | Ext. 3454
MOBILE 716.261.5314
665 Main Street | Buffalo, NY 14203-1425

**From:** Belter, Christopher J.
**Sent:** Tuesday, November 27, 2018 11:27 AM
**To:** Black, Martin
**Cc:** Helm, Katherine ; Pitman, Ryan G. ; Greenberg, Megan
**Subject:** Re: BGN LLC - letter re dissolution and liquidators

Marty

We will provide you with that information.

Chris

**Christopher J. Belter**
**Partner** | DIRECT 716.566.5412 | Ext. 5412
MOBILE 716.510.3197
665 Main Street | Buffalo, NY 14203-1425

On Nov 27, 2018, at 11:19 AM, Black, Martin <martin.black@dechert.com> wrote:

> Thanks, Chris.
> Do you have any bios or other information about the proposed liquidators?
>
> Marty
>
> **From:** Belter, Christopher J. [mailto:cbelter@goldbergsegalla.com]
> **Sent:** Tuesday, November 27, 2018 10:53 AM
> **To:** Black, Martin <martin.black@dechert.com>

1

**Cc:** Helm, Katherine <khelm@dechert.com>; Pitman, Ryan G. <rpitman@goldbergsegalla.com>; Greenberg, Megan <mgreenberg@goldbergsegalla.com>
**Subject:** BGN LLC - letter re dissolution and liquidators

Marty

Per our discussions last week, on behalf of Givaudan attached is a letter proposing three candidates to serve as the liquidator for the wind up of BGN LLC.

Chris


**Christopher J. Belter, Esq.** | **Partner**
cbelter@goldbergsegalla.com

711 3rd Avenue, Suite 1900 | New York, NY 10017
**DIRECT 716.566.5412 | Ext. 5412** | OFFICE 646.292.8700 | FAX 646.292.8701
MOBILE 716.510.3197

665 Main Street | Buffalo, NY 14203-1425
OFFICE 716.566.5400

**vCard | www.goldbergsegalla.com**

*Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.*

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.