**EXHIBIT M**

| | |
|---|---|
| **From:** | Pitman, Ryan G. |
| **Sent:** | Wednesday, November 28, 2018 10:11 AM |
| **To:** | Belter, Christopher J.; Black, Martin |
| **Cc:** | Helm, Katherine; Greenberg, Megan |
| **Subject:** | RE: BGN LLC - letter re dissolution and liquidators |
| **Attachments:** | Bio Revised.rtf |

Marty,

Here's another item Mr. Herbst provided.

Ryan

**From:** Pitman, Ryan G.
**Sent:** Tuesday, November 27, 2018 11:44 AM
**To:** Belter, Christopher J. ; Black, Martin
**Cc:** Helm, Katherine ; Greenberg, Megan
**Subject:** RE: BGN LLC - letter re dissolution and liquidators

Mr. Zucker also provided the following list representative matters:

| | |
|---|---|
| AMG Liquidating Trust | Liquidating Trustee |
| Ad National Corporation | Plan Administrator |
| Allen Foods Liquidating Trust | Plan Administrator |
| BankUnited Financial Corporation | Plan Administrator |
| Capital Bancorp | Liquidation Trustee |
| C-BASS Liquidation Trust | Liquidation Trustee |
| CIBC World Markets Corporation | Independent Distribution Consultant |
| Distributed Energy Corporation | Creditor Trustee |
| Drug Fair Group, Inc. | Plan Administrator |
| Fairmont General Hospital | Liquidating Trustee |
| Far Hills Creditor Trust | Creditor Trustee |
| FPMC Fort Worth Liquidating Trust | Liquidating Trustee |
| General Media | Payment Agent |
| Johnson Memorial Corporation | Plan Custodian |
| LMCHH PCP LLC, et al | Plan Administrator |
| Massapequa General Hospital | Creditor Trustee |
| TMG Liquidation (The Merit Group, Inc.) | Plan Administrator |
| NetBank | Liquidating Supervisor |
| New York Medical Group | Plan Administrator |
| Oconee Liquidation Trust | Liquidating Trustee |
| Omna Medical Partners | Liquidation Trustee |

1

| | |
|---|---|
| Orleans Homebuilders | Unsecured Creditor Agent |
| Parkway Hospital, Inc. | Creditor Trustee |
| PFF Bancorp | Liquidation Trustee |
| Liquidating RGFC (R&G Financial Corp.) | Plan Administrator |
| Shorebank | Liquidation Trust Administrator |
| Signal Litigation Settlement Trust | Trustee |
| Springford Industries, Inc. | Disbursing Agent |

**From:** Pitman, Ryan G.
**Sent:** Tuesday, November 27, 2018 11:37 AM
**To:** Belter, Christopher J. <cbelter@goldbergsegalla.com>; Black, Martin <martin.black@dechert.com>
**Cc:** Helm, Katherine <khelm@dechert.com>; Greenberg, Megan <mgreenberg@goldbergsegalla.com>
**Subject:** RE: BGN LLC - letter re dissolution and liquidators

Marty,

Please find attached PDFs of the proposed candidates bios, along with a CV from Mr. Zucker. We will send you any other qualification information we receive.

Thanks,
Ryan

**Ryan G. Pitman**
**Partner** | DIRECT 716.844.3454 | Ext. 3454
MOBILE 716.261.5314
665 Main Street | Buffalo, NY 14203-1425

**From:** Belter, Christopher J.
**Sent:** Tuesday, November 27, 2018 11:27 AM
**To:** Black, Martin <martin.black@dechert.com>
**Cc:** Helm, Katherine <khelm@dechert.com>; Pitman, Ryan G. <rpitman@goldbergsegalla.com>; Greenberg, Megan <mgreenberg@goldbergsegalla.com>
**Subject:** Re: BGN LLC - letter re dissolution and liquidators

Marty

We will provide you with that information.

Chris

**Christopher J. Belter**
**Partner** | DIRECT 716.566.5412 | Ext. 5412
MOBILE 716.510.3197
665 Main Street | Buffalo, NY 14203-1425

On Nov 27, 2018, at 11:19 AM, Black, Martin <martin.black@dechert.com> wrote:

> Thanks, Chris.
> Do you have any bios or other information about the proposed liquidators?

2

Marty

**From:** Belter, Christopher J. [mailto:cbelter@goldbergsegalla.com]
**Sent:** Tuesday, November 27, 2018 10:53 AM
**To:** Black, Martin <martin.black@dechert.com>
**Cc:** Helm, Katherine <khelm@dechert.com>; Pitman, Ryan G. <rpitman@goldbergsegalla.com>; Greenberg, Megan <mgreenberg@goldbergsegalla.com>
**Subject:** BGN LLC - letter re dissolution and liquidators

Marty

Per our discussions last week, on behalf of Givaudan attached is a letter proposing three candidates to serve as the liquidator for the wind up of BGN LLC.

Chris


**Christopher J. Belter, Esq.** | **Partner**
cbelter@goldbergsegalla.com

711 3rd Avenue, Suite 1900 | New York, NY 10017
**DIRECT 716.566.5412 | Ext. 5412** | OFFICE 646.292.8700 | FAX 646.292.8701
MOBILE 716.510.3197

665 Main Street | Buffalo, NY 14203-1425
OFFICE 716.566.5400

**vCard | www.goldbergsegalla.com**

*Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.*

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.